**Nora GUTIERREZ, Appellant,**

v.

**Suan Eisner HIATT, Sylvia R. Garcia, and Patrice Barron.**

No. 01–03–00815–CV.

Court of Appeals of Texas, Houston (1st Dist.).

Nov. 26, 2003.

Nora Gutierrez, Kinder, LA, for Appellant.

Marcus Dobbs, Senior Assistant City Attorney, Houston, TX, for Appellee.

Panel consists of Justices HEDGES, KEYES, and HIGLEY.

**OPINION**

PER CURIAM.

This is an appeal from a judgment signed July 23, 2003. Appellant has invoked the jurisdiction of this Court by filing a notice of appeal, but she has not paid the appellate filing fee. On September 18, 2003, this Court ordered that unless, within 15 days of the date of the order, appellant paid the appellate filing fee, the appeal would be dismissed. The 15 days have expired and appellant has not paid the appellate filing fee.

Accordingly, we **dismiss** the appeal.